MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorney for Defendant

Wendy Wong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WENDY WONG,

    Defendant.

Case No.: 2:11 CR 0166 MCE

STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS

Judge: Hon. Kendall Newman

On April 7, 2011, Wendy Wong was released from custody on conditions of release which included special condition 11 - an employment condition. Mrs. Wong speaks very little English and has not worked in approximately three (3) years. Given the current economy and Ms. Wong's current inability to find employment, it is believed that it will continue to be very difficult for Mrs. Wong to find employment. In fact, Pretrial Services, by way of Darryl Walker, is recommending that the condition of employment now be removed.

**STIPULATION**

Therefore, Assistant United States Attorney Todd Leras on behalf of the United States, and Defendant, Wendy Wong, through her undersigned counsel, hereby stipulate and agree that the Court should order that condition 10 - the pretrial release condition of employment no longer be imposed. All other previously imposed conditions of pretrial release should remain in full force and effect.

1

**IT IS SO STIPULATED.**

DATED: December 6, 2011     BENJAMIN B. WAGNER
                            United States Attorney

                            By /s/ Todd D Leras
                            TODD D LERAS
                            Assistant U.S. Attorney


DATED: December 6, 2011     The CHASTAINE LAW OFFICE


                            By /s/ Michael Chastaine
                            MICHAEL CHASTAINE
                            Attorney for Defendant
                            Wendy Wong

**ORDER**

**Good Cause Appearing,** it is hereby ordered that the previously imposed condition 10 of pretrial release to wit: condition of employment be deleted.

All other previously imposed conditions of pretrial release shall remain in full force and effect.

**IT IS SO ORDERED.**


DATED: December 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE