LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-11-166 MCE |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR A PRE-PLEA REPORT |
| ) | CALCULATING MR. MA'S CRIMINAL |
| v. ) | HISTORY |
| ) | |
| HUANCHANG MA, ) | Judge: Hon. Morrison C. England |
| ) | |
| Defendant. ) | |

UPON GOOD CAUSE SHOWN and the joint request of the Parties, it is ordered the United States Probation Department draft a pre-plea report for the sole purpose of calculating defendant Huanchang Ma's criminal history.

IT IS SO ORDERED.

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE