JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-166 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING TRIAL CONFIRMATION |
| v. ) | HEARING |
| ) | |
| HUANCHANG MA, ) | |
| ) | Date:  June 7, 2012 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |
| ) | |
| ) | |

      IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Huanchang Ma, John R. Manning Esq., that the trial confirmation hearing presently set for May 17, 2012 be **continued to June 7, 2012 for a change of plea, at 9:00 a.m.**, thus **vacating** the presently set trial confirmation hearing as to this defendant only.

      The Government initially provided a plea agreement to counsel for Mr. Ma some time ago. Further negotiation(s) between the Parties coupled with recently received information from USPO regarding defendant's criminal history and information recently received from immigration counsel working in this matter on behalf of the Defense, has led to changes in the proposed plea agreement.   Mr. Ma lives out of the area and speaks only Cantonese. Communication between Mr. Ma and defense counsel requires the use of an interpreter.

1

(Counsel for Mr. Ma has spoken to the Cantonese interpreter and he reports he is not available 5/31/12, but is available 6/7/12. Counsel for Mr. Ma is unavailable until 5/29/12.)

Counsel for Mr. Ma needs additional time to meet with the defendant (with the interpreter) in order to review the recently received information from USPO and the immigration specialist; review the revised USSG calculations; and, review the revised plea agreement. Counsel for the defendant believes this continuance is necessary in order to effectively communicate the terms of the proposed settlement; its consequences; and, to answer questions by the defendants on how to proceed. It is anticipated Mr. Ma will change his plea at the next (proposed) hearing date (6/7/12).

Further, the United States of America and the defendant as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 10, 2012, to and including June 7, 2012.

IT IS SO STIPULATED

Dated: May 10, 2012 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Huanchang Ma


Dated: May 10, 2012 Benjamin B. Wagner
United States Attorney


by: /s/ Todd D. Leras
TODD D. LERAS
Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUANCHANG MA.,<br><br>    Defendant. | No. CR-S-11-166 MCE<br><br>ORDER TO CONTINUE<br>TRIAL CONFIRMATION HEARING |

GOOD CAUSE APPEARING, it is hereby ordered that the May 17, 2012 trial confirmation hearing as to defendant Huanchang Ma only, be continued to June 7, 2012 at 9:00 a.m. for a change of plea hearing. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to June 7, 2012.

IT IS SO ORDERED.

Dated: May 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE