JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-11-166 MCE
Fax (916) 447-0931

Attorney for Defendant
HUANCHANG MA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. CR-S-11-166 MCE
        Plaintiff,  )
          ) STIPULATION AND ORDER
v.  ) CONTINUING STATUS CONFERENCE
          )
HUANCHANG MA, et al.,  ) Date: August 2, 2012
          ) Time: 9:00 a.m.
        Defendants.  ) Judge: Hon. Morrison C. England, Jr.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Ben Gia Wong, J. Toney Esq., counsel for defendant Wendy Wenli Wong, Michael Chastaine Esq., counsel for defendant Huanchang Ma, John R. Manning Esq., and counsel for defendant Son Trung Hoang, Kyle R. Knapp Esq., that the status conference presently set for June 21, 2012 **be continued to August 2, 2012 at 9:00 a.m.**, thus **vacating** the presently set status conference as to these defendant only. (Defendant Yeng Cong Hong and his counsel, Douglas J. Beevers Esq., wish to remain on the calendar to address issues related to the motion to dismiss filed by (on behalf of) this defendant.

///

///

1

Counsel for the defendant's are all in the process of attempting to negotiate plea agreements with the Government. Counsel for the defendant's believes this continuance is necessary in order to effectively communicate the terms of the proposed settlement; its consequences; and, to answer questions by the defendants on how to proceed.  (All such communications require the assistance of an interpreter.)

Further, the United States of America and the defendants as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, June 20, 2012, to and including August 2, 2012.

IT IS SO STIPULATED

Dated: June 19, 2012         /s/  J Toney
                             J TONEY
                             Attorney for Defendant
                             Ben Gia Wong

Dated:  June 19, 2012        /s/  Michael Chastaine
                             MICHAEL CHASTAINE
                             Attorney for Defendant
                             Wendy Wenli Wong

Dated:  June 19, 2012        /s/  John Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Huanchang Ma

Dated:  June 19, 2012        /s/  Kyle R. Knapp
                             KYLE R. KNAPP
                             Attorney for Defendant
                             Son Trung Hoang

///

///

///

Dated: June 19, 2012									Benjamin B. Wagner
											United States Attorney


											by: /s/ Todd D. Leras
											TODD D. LERAS
											Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the June 21, 2012 status conference be continued to August 2, 2012 at 9:00 a.m., with the exception of defendant Yeng Hong who wishes to remain on calendar. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to August 2, 2012.

IT IS SO ORDERED.
Dated: June 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE