| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
YENG CONG HONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00166-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER FOR FINGERPRINT |
| | ) | EXEMPLARS |
| YENG CONG HONG, | ) | |
| et al., | ) | Date: none |
| | ) | Time: none |
| Defendants. | ) | Judge: Hon. Morrison C. England |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, TODD LERAS, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant YENG CONG HONG; that the Court order the Defendant YENG HONG be brought to the U.S. Marshals Office, and that he submit to the taking of fingerprint exemplars by the U.S. Marshals. As grounds for this request the parties state that the Government's fingerprint expert examined the latent fingerprint evidence but was not able to determine whether several prints were from Yeng Hong due to a lack of clarity in part of Mr. Hong's fingerprint exemplars.

///

///

Dated: October 18, 2012                Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       */s/ Doug Beevers*
                                       DOUG BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       YENG CONG HONG

Dated: October 18, 2012                BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Todd Leras*
                                       TODD LERAS
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, Yeng Hong and the United States, it is ordered that Yeng Hong submit to the taking of fingerprint exemplars at the U.S. Marshals Office in Sacramento within 10 days. The U.S. Marshals are authorized to transport Yeng Hong from the Sacramento County jail to their office for the taking of fingerprints.

IT IS SO ORDERED.

Dated: October 22, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE