```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  YENG CONG HONG
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11 CR 00166-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND |
|  | ) TO CONTINUE DISCOVERY MOTION |
|  | ) HEARING |
| YENG CONG HONG, et al., | ) |
|  | ) Date: October 31, 2012 |
|  | ) Time: 2:00 p.m. |
| Defendants. | ) Judge: |

IT IS HEREBY STIPULATED between the parties, TODD LERAS, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant YENG CONG HONG hereby stipulate that the discovery motion set for October 31, 2012 be reset to November 6, 2102.

Dated: October 30, 2011        Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender

                               /s/ Doug Beevers
                               DOUG BEEVERS
                               Assistant Federal Defender
                               Attorney for Defendant
                               YENG CONG HONG

Dated: October 30, 2012	BENJAMIN B. WAGNER
	United States Attorney

	By: */s/ Todd Leras*
	TODD LERAS
	Assistant U.S. Attorney
	Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing on defendant Yend Hong's discovery motion presently set for October 31, 2012, be continued to November 6, 2012, at 2:00 p.m., before Magistrate Judge Gregory G. Hollows.

DATED: October 31, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
hong0166.stipord.disc.mot.