J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Ben Wong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00166-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| v. ) | |
| ) | Date: February 28, 2013 |
| BEN WONG, et al., ) | Time: 9:00 a.m. |
| Defendants ) | Judge: Hon. Morrison C. England |
| _____) | |

This matter is now set for Sentencing on February 28, 2013. Because Counsel for Defendant Wong will be out of the country for an extended period, the parties stipulate that sentencing be continued to March 21, 2013, and request the Court so order.

///

///

///

///

///

///

///

///

1

The Probation Officer has been informed of this request and has no objection to the new date.

Dated January 28, 2013

 /s/ Todd Leras                              /s/ J Toney  
   TODD LERAS                                 J TONEY
Assistant U.S. Attorney              Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

DATED:  February 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE