**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Son Hoang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SON HOANG,<br><br>Defendant. | Case No. 2:11-cr-00166-MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR JUDGEMENT AND SENTENCING |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, SON HOANG, that the current hearing date of February 28, 2013 be vacated and the matter be re-set for March 28, 2013 at 9:00 am.  It is respectfully asserted that additional time is needed to fully address some issues detailed in the probation and to provide further  mitigation evidence to probation.

Dated: February 4, 2013                                              Respectfully submitted.

                                                                               /s/ Kyle R. Knapp
                                                                               Kyle R. Knapp
                                                                               Attorney for Defendant, Son Hoang

Dated: February 4, 2013                                              Respectfully submitted.

                                                                               /s/ Todd Leras
                                                                               Todd Leras
                                                                               Assistant U.S. Attorney

Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the February 28, 2013 hearing is vacated and the matter is re-set for judgement and sentencing on March 28, 2013 at 9:00am.

IT IS SO ORDERED.

Dated: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE