BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-11-0166 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING SENTENCING |
| v. | ) HEARING |
| | ) |
| SON TRUNG HOANG, | ) |
| | ) |
| Defendant. | ) DATE:  April 11, 2013 |
| | ) TIME:  9:00 a.m. |
| | ) COURT: Hon. Morrison C. England, |
| | ) Jr. |

        IT IS HEREBY STIPULATED by and between Plaintiff United

States of America and Attorney Kyle Knapp, Counsel for Defendant

Son Trun Hoang, that the sentencing hearing date of March 28,

2013, be continued to April 11, 2013, at 9:00 a.m.

        The request to continue the sentencing hearing is made on

the ground that the parties require additional time to develop

and present pertinent information bearing upon defendant's

sentence.  Defendant has previously entered a guilty plea.

Continuing the sentencing hearing therefore has no bearing on

1

time considerations under the Speedy Trial Act.  The parties have
consulted with the United States Probation Office to confirm that
the requested date is acceptable to that office.

Kyle Knapp agrees to this request and has authorized
Assistant United States Attorney Todd D. Leras to sign this
stipulation on his behalf.


DATED: March 20, 2013            By: /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant U.S. Attorney


DATED: March 20, 2013            By: /s/ Todd D. Leras for
                                     KYLE KNAPP
                                     Attorney for Defendant
                                     SON TRUNG HOANG

**ORDER**

The sentencing hearing of Defendant Son Trung Hoang set for March 28, 2013, is continued to April 11, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Date:  March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE