1 | **KYLE R. KNAPP**
  | **Attorney at Law**
2 | California State Bar No. 166597
  | 1120 D Street, Suite 100
3 | Sacramento, CA 95814
  | Telephone: (916) 441-4717
4 |
5 | Attorney for Son Hoang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 11CR-166 - MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| SON HOANG, | ) | CONTINUING DATE FOR JUDGEMENT AND SENTENCING |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, SON HOANG, that the current hearing date of April 11, 2013 be vacated and the matter be re-set for May 16, 2013 at 9:00 am. It is respectfully asserted that additional time is needed to fully address some issues detailed in the probation and to provide further mitigation evidence to probation.

Dated: April 9, 2013                                Respectfully submitted.

                                                     /s/ Kyle R. Knapp
                                                    Kyle R. Knapp
                                                    Attorney for Defendant, Son Hoang

Dated: April 9, 2013                                Respectfully submitted.

                                                     /s/ Todd Leras
                                                    Todd Leras
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the April 11, 2103 hearing is vacated and the matter is re-set for judgement and sentencing on May 16, 2013 at 9:00am.

IT IS SO ORDERED.

Date: April 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE