**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Son Hoang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>SON HOANG,<br><br>              Defendant.<br>_____ | CASE NO. 11CR-166 - MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, SON HOANG, that the current hearing date of May 16, 2013 be vacated and the matter be re-set for June 13, 2013 at 9:00 am. It is respectfully asserted that additional time is needed to fully address some issues detailed in the probation and to provide further mitigation evidence to probation.

Dated: May 13, 2013                                     Respectfully submitted.

                                                                 /s/ Kyle R. Knapp
                                                                  Kyle R. Knapp
                                                                  Attorney for Defendant, Son Hoang

Dated: May 13, 2013                                       Respectfully submitted.

                                                                 /s/ Todd Leras
                                                                 Todd Leras
                                                                 Assistant U.S. Attorney
                                                                 Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the May 16, 2103 hearing is vacated and the matter is re-set for judgement and sentencing on June 13, 2013 at 9:00am.

IT IS SO ORDERED.

Dated: May 20, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT