| | |
|---|---|
| 1 | **KYLE R. KNAPP**<br>**Attorney at Law** |
| 2 | California State Bar No. 166597<br>1120 D Street, Suite 100 |
| 3 | Sacramento, CA 95814<br>Telephone: (916) 441-4717 |

Attorney for Son Hoang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-0166 - MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING DATE FOR JUDGEMENT |
| SON HOANG, | ) | AND SENTENCING |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, SON HOANG, that the current hearing date of June 13, 2013 be vacated and the matter be re-set for July 11, 2013 at 9:00 am. It is respectfully asserted that additional time is needed to fully address some issues detailed in the probation and to provide further mitigation evidence to probation.

Dated: June 11, 2013                     Respectfully submitted.

                                                        /s/ Kyle R. Knapp
                                                       Kyle R. Knapp
                                                       Attorney for Defendant, Son Hoang

Dated: June 11, 2013                     Respectfully submitted.

                                                       /s/ Todd Leras
                                                       Todd Leras
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the June 13, 2013 hearing is vacated and the matter is re-set for judgement and sentencing on July 11, 2013 at 9:00am.

IT IS SO ORDERED.

Date: June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT